UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CHARLOTTE M. SAMPSON, et al.,

    Plaintiffs,

                                                                   Case No. 1:16-cv-549

v.

                                                                   HONORABLE PAUL L. MALONEY

BRANDT, PEZZETTI, VERMETTEN
& POPOVITS, P.C.,

    Defendant.

_____/

## ORDER OF DISMISSAL

Notice of Intent to Dismiss for failure to provide documents effectuating settlement having been sent to counsel on December 20, 2016 and no response having been received from either party;

**IT IS HEREBY ORDERED** that this matter is **DISMISSED without prejudice**.


Dated:  January 6, 2017                                  /s/ Paul L. Maloney
                                                                Paul L. Maloney
                                                                United States District Judge